UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
JORGE ALVAREZ,

               Plaintiff,

    v.

DEPARTMENT OF HOMELAND SECURITY,
et al.,

               Defendants.
------------------------------------------------------------- x

**ECF CASE**

08 Civ. 1489 (BSJ)

<u>NOTICE OF APPEARANCE</u>

TO:   Clerk of Court
        United States District Court
        Southern District of New York

       The undersigned attorney respectfully requests the Clerk to note her appearance in this case and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Date:   New York, New York
          February 21, 2008

                                                          Respectfully submitted,

                                                          MICHAEL J. GARCIA
                                                          United States Attorney for the
                                                           Southern District of New York

                               By:    /s/_____
                                                       KIRTI VAIDYA REDDY
                                                       Assistant United States Attorney
                                                       86 Chambers Street, 3rd Floor
                                                       New York, New York 10007
                                                       Telephone: (212) 637-2751
                                                       Facsimile: (212) 637-2786
                                                       Email: kirti.reddy@usdoj.gov

To:   Jennifer Oltarsh, Esq.
        494 Eight Avenue, Suite 1704
        New York, NY 10001