UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

**ORIGINAL**

J ones J

------------------------------------x
:
JORGE ALVAREZ,                       :
:
                Plaintiff,  :
:
     -against-                      :   STIPULATION AND ORDER
:
DEPARTMENT OF HOMELAND SECURITY;     :   08 Civ 01489 (BSJ)
UNITED STATES CITIZENSHIP &          :
IMMIGRATION SERVICES; FEDERAL        :   A# 96 986 443
BUREAU OF INVESTIGATION,             :
:
                Defendants. :
:
------------------------------------x

       IT IS STIPULATED AND AGREED by and between the undersigned counsel for

the parties to the above-captioned action that the action, shall be and hereby is, dismissed with

prejudice and without costs or attorney's fees to either party.

Dated: New York, New York
       March 28, 2008

By: _____
    JENNIFER MAUDE OLTARSH
    Oltarsh & Associates, P.C.
    Attorneys for Plaintiff
    494 Eighth Avenue, Suite 1704
    New York, NY 10001
    Telephone No.: (212) 944-9420

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/7/08  dv
```

Dated: New York, New York
March 1 ___, 2008

                              MICHAEL J. GARCIA
                              United States Attorney for the
                              Southern District of New York
                              Attorney for Defendants

By: _____
      KIRTI VAIDYA REDDY
      Assistant United States Attorney
      86 Chambers Street, 3rd Floor
      New York, NY 10007
      Telephone No.: (212) 637-2751

SO ORDERED:

_____
USDJ

4/7/08